ALLAN B. GELBARD, ESQ.
THE LAW OFFICES OF ALLAN B. GELBARD
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Fax:(818)386-9289
Bar # 184971

Attorney for Plaintiff
Third World Media, LLC

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIRD WORLD MEDIA, LLC,<br><br>Plaintiff<br><br>vs.<br><br>XHOT99.INFO; XHOT99.NET; SEXBABY.TV; FREESHARE.TV, INC; HENRY CHENG; and DOES 1-10, INCLUSIVE,<br><br>Defendants | CASE NO: CV09-1603ODW(MANx)<br><br>**PRELIMINARY INJUNCTION**<br><br>Date:        3/10/09<br>Time:        1:30PM<br>Courtroom:   11<br><br>Assigned to the Honorable Odis D Wright II |

This matter having been heard before the Court on the Order To Show Cause re Preliminary Injunction and good cause having been found, the Court finds as follows.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Sufficient evidence has been presented that Defendants XHOT99.INFO; XHOT99.NET; SEXBABY.TV; FREESHARE.TV, INC.; HENRY CHENG; and DOES 1-10, INCLUSIVE (Defendants"), have engaged in unlawful infringing activities that are resulting in, and will continue to result in, immediate and irreparable

loss and damages to Plaintiff. There is reason to believe that Defendants will continue to engage in such unlawful acts unless restrained by this Court. The Court further finds that:

1. In their Motion for Temporary Restraining Order, Plaintiffs submitted sufficient evidence of registration of their copyrighted productions establishing that Plaintiffs are the owners of the exclusive rights granted under copyright, in the Productions listed below:

> 10 Little Asians Volumes 9, 10, 11, 12, 13 and 14; 10 Little Latinas Volume 2; Asian Desires Volumes 1, 2, and 3; Asian Juicebox; Asian Thigh Cream Pies Volumes 1, 2, and 3; Bangkok Suckee Fuckee Volumes 2, 3, and 5; Big Black Poles Volumes 6, 9, and 16; Banzai Bushwhackers; Chest Full of Asians Volumes 2, 4, 6, 7, and 8; Chopstick Chowdown; Ed Hunters Int Big Boobs; Fresh Off the Boat; Fresh Thai Cream Pies Volumes 1, and 2; Hardcore Workout; Hello Titti Volumes 1, 2, 3, and 4; I'm Camera Shy Volumes 1, and 2; Japanese Cougars Gone Wild; Japanese Underground Idols Volume 2; Japanese Whale Hunt; Little Asian Ass Lickers Volumes 1, and 2; Little Asian Cocksuckers Volumes 1, 2, 6, 7, 8, 9, 10, 11, 12, 13 and 14; Little Asian Transsexuals Volumes 10, and 11; Me Love Teeny Weenie; Miss Big Ass Brazil Volumes 3, 4, 5, and 6; Naughty Little Asians Volumes 3, 8, 9, 10, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24; Pissed Off Japanese Bitches; Pretty Little Asians Volumes 23, 30, 33, 35, 36, 37, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49 and 50; Pretty Little Latinas Volumes 14, 18, 32, 35, and 48; Rice Rockets; Roppongi After Dark; She-Male Samba Mania Volumes 30, 34, 37, and 38; Soapland Slip and Slide; Teen Brazil Volumes 2, 4, 6, and 7; Teen Japan; Thick Chocolate Shakes; Tokyo Cream Puffs Volumes 1, 2, and 3; and Who's Your Mamasan (the "Copyrighted Works").

2. In their Motion for Temporary Restraining Order, Plaintiffs presented sufficient evidence to show that their copyrights in the Copyrighted Works are presently valid and subsisting and have been valid and subsisting at all times herein affecting the matter complained of and that their Copyrighted Works are entitled to copyright protection.

3. In their Motion for Temporary Restraining Order, Plaintiffs submitted a true and correct copy of the Certificates of Registration for their Trademark, "Third World Media" therein establishing that Plaintiffs are the trademark proprietors or owners of the exclusive rights therein granted by the United States Patent & Trademark Office.

4. In their Motion for Temporary Restraining Order, Plaintiffs submitted a declaration of an individual showing that Defendants have sold unlicenced copies of the Copyrighted Works, bearing Plaintiff's Trademark, without authorization.

5. After considering the evidence of Defendants' sale of unlawful VOD download copies of the Copyrighted Works, including Plaintiff's Federally Registered Trademark, the Court finds that Plaintiffs are likely to prevail on their claims of copyright and trademark infringement.

6. As shown by the declarations filed in support of Plaintiffs' Application for Temporary Restraining Order, there is a likelihood that Defendants will hide, transfer or destroy evidence of their infringing activities and the business records or other evidence of infringement, and that Plaintiff will be irreparably harmed and denied an effective remedy if Defendants are not enjoined from altering the status quo by hiding, transferring or destroying evidence of their infringement.

7. The Court finds that the potential harm that may be caused to Defendants is not sufficient to preclude the Court from issuing this Order.

8. The Court finds that the equities in this matter weigh in favor of Plaintiffs and the issuance of this Order.

9. The Court finds that the public interest embodied in the United States Copyright Act (17 U.S.C. §§ 101 *et seq.*) and the Lanham Trademark Act (15 U.S.C.

§§ 1051 *et seq*) will be furthered by issuance of this Order.

10. The Court finds that pursuant to its Temporary Restraining Order of March 6, 2009, Plaintiff's counsel served notice of this action on Defendants and their agents and such notice was received and acted upon by Defendants and/or their agents. Further, Plaintiff's counsel served notice of the Temporary Restraining Order and of this Show Cause hearing contemporaneously therewith. Defendants were Ordered to file and serve any opposition to this Court's granting of this Preliminary Injunction no later than 5:00PM on March 13, 2009 and no such opposition has been received by Counsel or this Court.

11. The Court finds that the only effective method of preventing Defendants' further infringement and preserving other possible relevant evidence, is to issue the Preliminary Injunction.

12. The Court finds that Plaintiff has provided sufficient evidence that Defendants have taken steps to hide their true identities, and that they communicate with and respond to their customers via e-mail. Therefore, the Court determines that Plaintiff's service of the pleadings, Temporary Restraining Order and notice of the Preliminary Injunction via e-mail are reasonably calculated to apprize Defendants of the pendency of this action and the issuance of this Order.

## PRELIMINARY INJUNCTION

**IT IS HEREBY ORDERED**:

1) That during the pendency of this action, Defendants and their agents, servants, employees, attorneys, successors and assigns, and all those acting in concert or participation with them, are hereby ENJOINED from further distribution, in any format whatsoever including but not limited to VOD Downloads, of Plaintiff's Copyrighted Works, and/or destroying or removing any documents, electronic files or

1  business records that pertain to the copying, reproduction, duplication, dissemination,
2  or distribution of any infringing copies of said productions; and,
3      2)   That during the pendency of this action, Defendants and their agents,
4  servants, employees, attorneys, successors and assigns, and all those acting in concert
5  or participation with them, are hereby ENJOINED from further use, in any format
6  whatsoever, of Plaintiff's federally registered "Third World Media" trademark; and,
7      3)   That during the pendency of this action, Defendants and their agents,
8  servants, employees, attorneys successors and assigns, and all those acting in concert
9  or participation with them, be hereby ENJOINED from disposing of, removing, or
10 altering, in any manner, any computers or servers under their custody or control.

## ORDER FOR SERVICE VIA E-MAIL

**IT IS HEREBY ORDERED** that Plaintiff may serve Defendants with notice of this Order via e-mail by sending copies to request@sexbaby.tv, hadore1@gmail.com, av200@hotmail.com and support@emagineconcept.com.

**IT IS SO ORDERED**

Dated  04-03-2009

United States District Court Judge

Order proposed by:

Allan B. Gelbard, Esq.
The Law Offices of Allan B. Gelbard
15760 Ventura Boulevard, Suite 801
Encino, CA 91436
Tel:(818)386-9200
Fax:(818)386-9289
Bar # 184971
Counsel for Plaintiff, Third World Media, LLC